FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARL G.,[1]<br><br>          Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>          Defendant. | No.   4:22-cv-5059-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

      On January 10, 2023, the parties filed a Stipulated Motion for Remand. ECF No. 16. The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings as set forth below.

      Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

      1.    The parties' Stipulated Motion for Remand, **ECF No. 16**, is **GRANTED.**

      2.    Judgment shall be entered for **Plaintiff**.

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." See LCivR 5.2(c).

3. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to:

- further evaluate Plaintiff's attention deficit hyperactivity disorder (ADHD);
- further evaluate the evidence from Timothy Nickolaus, PA-C;
- further evaluate Plaintiff's residual functional capacity;
- offer Plaintiff the opportunity for a new hearing;
- and issue a new decision.

4. All pending motions are **DENIED AS MOOT.**

5. All hearings and other deadlines are **STRICKEN.**

6. If filed, the Court will consider Plaintiff's motion for fees and expenses under the Equal Access to Justice Act.

7. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st   day of January 2023.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge